**REEDER et al. v. KENNARD et al.**

No. 9959—Opinion Filed Aug. 13, 1918.

Rehearing Denied Nov. 14, 1918.

(175 Pac. 829.)

(Syllabus.)

**Appeal and Error—Joint Judgment—Parties on Appeal—Dismissal.**

All parties against whom a joint judgment has been rendered, and whose interests will be affected by a reversal or modification of the judgment appealed from, must be made parties to the appeal; where such is not done, the appeal will be dismissed.

Error from District Court, Tulsa County.

Action on notes and to foreclose a mortgage by Samuel M. Kennard and others, trustees of Barnes Hospital, against Charles F. Reeder and Jessica Reeder, in which parties claiming an interest in mortgaged property were made defendants. Joint judgment for plaintiffs, and the named defendants bring error. Dismissed.

Woodson E. Norvell. for plaintiffs in error.

Dillard, Allen & Dillard, for defendants in error.

PER CURIAM. This action was brought by defendants in error on certain promissory notes and foreclosure of a mortgage to secure the payment of same. Various persons claiming an interest in the property covered by the mortgage were joined as defendants. A joint judgment was rendered in favor of plaintiffs below, from which plaintiffs in error, Charles F. Reeder and Jessica Reeder, appealed.

Motion to dismiss the appeal has been filed upon the ground that one of the defendants below whose interests will be affected by a reversal or modification of the judgment was not made party to this appeal, and no case-made was served upon him or his attorney. Under the settled rule in

this jurisdiction all parties to a joint judgment whose interests will be affected by reversal or modification of the judgment appealed from must be made parties to the appeal. Where such has not been done, the appeal will be dismissed.

Motion to dismiss will be sustained and the appeal dismissed.